UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LATRICE MCCAULEY, an individual,

Plaintiff,

v.

AMAZON.COM, INC., a Delaware Corporation; ROEY NETANEL, an individual; and DOES 1-100, inclusive,

Defendants.

No. 2:26-cv-0030 WBS SCR

ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

----oo0oo----

Plaintiff originally filed this employment discrimination action in Sacramento County Superior Court; defendants then removed to this court.  (Docket No. 1.) Plaintiff now moves to amend her complaint "to cure an inadvertent administrative error that omitted" one of her discrimination claims "against her individual supervisor[.]" (Docket No. 11 at 3.)  Defendant Amazon.com, Inc. has filed a statement of non-opposition to the motion.  (Docket No. 12.)

1

Leave to amend "should be granted with 'extreme liberality.'"  Moss v. U.S. Secret Serv., 572 F. 3d 962, 972 (9th Cir. 2009) (internal citation omitted); see Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires.").  When assessing whether to grant leave to amend, courts commonly consider (1) bad faith on the part of the movant; (2) undue delay in filing the motion; (3) prejudice to the opposing party; and (4) futility of the proposed amendment.  Argueta v. J.P. Morgan Chase, No. 11-cv-441 WBS, 2011 WL 4006686, at *1 (E.D. Cal. Sept. 8, 2011).

Having reviewed plaintiff's motion, and there being no opposition to the motion, the court finds granting leave to amend proper.  The court sees no indication of undue delay, bad faith, or prejudice, and plaintiff's correction of a clerical error to cure a deficiency in the complaint's claims is clearly not futile, as it will "add clarity to the pleadings, to the benefit of the parties and the Court."  Ramsey v. Doe #1, No. 23-cv-1920 JAH DDL, 2025 WL 923402, at *3 (S.D. Cal. Mar. 25, 2025).

IT IS THEREFORE ORDERED that plaintiff's motion for leave to amend her complaint (Docket No. 11) be, and the same hereby is, GRANTED.  Plaintiff has twenty-one (21) days from the date of this Order to file her amended complaint.

Dated:  April 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2