UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRICE MCCAULEY, an individual, | Case No. 2:26-cv-00030-SCR |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT** |
| vs. | |
| AMAZON.COM, INC., a Delaware Corporation; ROEY NETANEL, an individual; and DOES 1-100, inclusive, | Complaint Filed:  December 2, 2025<br>Removal Filed:  January 4, 2026<br>FAC Filed:  April 17, 2026<br>Trial Date:  None Set |
| Defendant. | |

## ORDER

Plaintiff Latrice McCauley ("Plaintiff") and incorrectly named Defendant Amazon.com, Inc.'s[1] ("Amazon") (together, the "Parties") joint stipulation for an order remanding this Action to the Superior Court of California, County of Sacramento ("Sacramento Superior Court"), having come before the Court in the above-captioned matter, and for good cause appearing therefor, including, that Plaintiff filed a First Amended Complaint ("FAC") with this Court on April 17, 2026, adding a California Fair Employment and Housing ("FEHA") harassment claim against Amazon and Netanel, who is a California resident, and the Parties having met and conferred and agreed that it would be most efficient and cost-effective to remand this Action back to Sacramento Superior Court given the addition of the FEHA harassment claim against California resident, Netanel, in the FAC, the Honorable William B. Shubb HEREBY ORDERS THAT:

1.    This Action is hereby REMANDED to the Sacramento County Superior Court;

2.    Amazon's responsive pleading to Plaintiff's FAC shall not be filed with this Court, but instead shall be filed with Sacramento Superior Court and due seven (7) days after Sacramento Superior Court regains jurisdiction over the Action; and

3.    The Parties shall bear their own fees and costs associated with the removal, filing the FAC, remand to Sacramento Superior Court, and all other actions and filings which have occurred prior the date of this Joint Stipulation.

IT IS SO ORDERED.

Dated:  May 15, 2026

_William V. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]    At all relevant times, Amaon.com Services LLC was the entity that employed Plaintiff.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING JOINT STIPULATION
TO REMAND REMOVED ACTION TO
STATE COURT
2:26-cv-00030-SCR